United States District Court
District Court
Exhibits Log: 25-CR-516-01
25-cr-516 12-22-2025 Arraignment and Detention Hearing

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-1 | Items seized from the inside of the defendant's vehicle. | No |