# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM NO.: 25-516-1(FAB)** |
| v. | |
| **LUIS ISANDER MEDINA-VAZQUEZ (1)**<br>**Defendant** | |

### INFORMATIVE MOTION TO VACATE HEARING AND TO EXCUSE COUNSEL ATTENDANCE

**TO THE HONORABLE COURT**

COMES NOW, the undersigned counsel, who respectfully states and prays as follows:

1. On April 20, 2026, the undersigned counsel was CJA appointed by this Honorable Court to represent the defendant in the instant case. The change of plea hearing/pretrial conference is set for May 5, 2026, at 9:00 a.m. The deadline to file a motion for change of plea or a motion stating whether the defendant will proceed to jury trial is May 4, 2026.

2. On April 7, 2026, the undersigned was also CJA appointed to represent the defendant in a new multi-defendant indictment in criminal case number 26-91-18(PAD). On April 9, 2026, an arraignment and bail hearing was held. A status conference is set for May 1, 2026, at 9:30 a.m.

3. In a preliminary conversation with AUSA Joseph Russell at the arraignment/bail hearing of defendant's criminal case 26-091-18(PAD), the undersigned was informed that the instant case 25-516-1 is relevant conduct to the new indictment 26-091.

4. The undersigned must review and discuss with the defendant all the evidence pending to be disclosed by the government in the new indictment 26-091 before considering any plea agreement that would consolidate both cases for sentencing. It is the intention of the defense to request the consolidation of both cases after engaging in plea negotiations with the government which have not started yet.

5. If a plea offer that consolidates both cases is accepted by the defendant, a motion to consolidate both cases will be filed later in this case for plea and sentencing in in criminal case 26-091-18.

6. Pursuant to the above, and considering judicial economy, the undersigned respectfully requests from this Honorable Court to vacate the change of plea hearing/pretrial conference set for May 5, 2026, at 9:00 a.m. on the instant case until the parties conclude plea negotiations on defendant's criminal case 26-091-18. Undersigned is hereby respectfully requesting authorization to be excused from attending this hearing set for May 5, 2026.

   **WHEREFORE,** it is respectfully requested that this Honorable Court takes notice of this motion and order accordingly granting our request.

In San Juan, Puerto Rico, this April 20, 2026.

Respectfully submitted.

S/ EMILIO F. MORRIS-ROSA
EMILIO F. MORRIS-ROSA
USDC# 231503
P.O. BOX 5129
CAROLINA, PR 00984-5129
TEL. (787) 632-6381
emiliofmorris@gmail.com

I hereby certify that on April 20, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all attorneys in the case.

At San Juan, Puerto Rico on April 20, 2026.

S/EMILIO F. MORRIS-ROSA