**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM NO.: 25-516-1(PAD)** |
| v. | |
| **LUIS ISANDER-VAZQUEZ (1)**<br>**Defendant** | |

**INFORMATIVE MOTION OF STATUS OF THE CASE AND TO EXCUSE**
**COUNSEL ATTENDANCE TO STATUS CONFERENCE**

**TO THE HONORABLE COURT**

COMES NOW, the undersigned counsel, who respectfully states and prays as follows:

1. This Honorable Court set a status conference for 07/17/2026 at 9:30 a.m. (D.E.35).

2. The undersigned counsel hereby respectfully informs this Honorable Court that he cannot attend the status conference due to personal and medical commitments previously scheduled for this summer break.

3. As to the status of the case, the undersigned counsel hereby informs the Court that is currently reviewing the discovery material provided by the Government. The discovery will also have to be reviewed and discussed with the defendant. Plea negotiation and conversations with the Government have not started yet.

4. Pursuant to the above, the undersigned counsel respectfully requests from this Honorable Court to excuse his attendance at the status conference, and to take notice by this motion of the status of the case regarding the defendant.

5. The undersigned counsel respectfully requests at least (60) days to continue the review of discovery and start plea negotiations.

**WHEREFORE,** it is respectfully requested that this Honorable Court take notice of this motion and order accordingly granting our request.

In San Juan, Puerto Rico, this July 2, 2026.

Respectfully submitted.

                              **S/ EMILIO F. MORRIS-ROSA**
                             EMILIO F. MORRIS-ROSA
                             USDC# 231503
                             P.O. BOX 5129
                             CAROLINA, PR 00984-5129
                             TEL. (787) 632-6381
                             emiliofmorris@gmail.com

I hereby certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all attorneys in the case.

At San Juan, Puerto Rico on July 2, 2026.

                              S/EMILIO F. MORRIS-ROSA